# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| ABDULLA WOODARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. CV608-072 |
| JANNET BENNETT, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Woodard's 42 U.S.C. § 1983 complaint was transferred from the Middle District of Georgia to this Court on August 21, 2008. (Doc. 3.) Upon receiving the complaint, the Clerk noted that Woodard had not submitted a filing fee or motion to proceed *in forma pauperis*. Consequently, the Clerk sent Woodard a packet containing a deficiency notice and the Court's standard *in forma pauperis* form motion. That parcel was returned to the Court with a notation stating that it had been refused. It was unclear whether Woodard personally refused delivery or if some "snafu" in the prison mailroom prevented it from reaching him. Accordingly, the Court once again directed Woodard to either pay the filing

fee or move for *in forma pauperis* status. (Doc. 6.) That parcel was also returned as refused.

Woodard appears to have abandoned his claim. A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, pursuant to the inherent power to police its docket, the Court should **DISMISS** the Woodard's complaint without prejudice for his failure to prosecute this action. L.R. 41(b); see Link v. Wabash Railroad Co., 370 U.S. 626, 630–31 (1962); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Floyd v. United States, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 9th day of September, 2008.

/s/ JO Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA